UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

DAQUARIOUS ALEXANDER, on behalf of themselves and all other similarly situated,

    Plaintiff(s),

v

LANSING COMMUNITY COLLEGE,

    Defendant.

Case No. 1:23-cv-00741-PLM-RSK

HON. PAUL L. MALONEY

---

E. Powell Miller (P39487)
Emily E. Hughes (P68724)
THE MILLER LAW FIRM, P.C.
Attorneys for Plaintiff
950 W. University Drive, Suite 300
Rochester, MI  48307
248.841.2200
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com

Jonathan Shub
Benjamin F. Johns
Samantha E. Holbrook
SHUB & JOHNS LLC
Attorneys for Plaintiff
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA  19428
610.477.8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

Scott L. Mandel (P33453)
Alexander S. Rusek (P77581)
Taylor A. Gast (P80162)
Hilary J. Stafford (P81897)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant
313 S. Washington Square
Lansing, MI 48933
517.371.8185
smandel@fosterswift.com
arusek@fosterswift.com
tgast@fosterswift.com
hstafford@fosterswift.com

---

**STIPULATION AND ORDER**

The parties herein, through their respective counsel, hereby stipulate and agree that Defendant Lansing Community College need not file an answer or first responsive pleading to the Complaint/Amended Complaint served upon it in this matter for the reason that Plaintiff has a

pending motion to consolidate this case with *Ana Whitby v Lansing Community College*, Case No. 1:23-cv-00738 [PageID.91-104]; *Ayden Heinig, et al. v Lansing Community College*, Case No. 1-23-cv-00742 [PageID.38-51]; and *Sameer Shah v Lansing Community College,* Case No. 1:23-cv-00743 [PageID.103-116] and to file a single amended single complaint in those consolidated cases.

Lansing Community College, through its attorneys, Foster Swift Collins & Smith, P.C., concurs in that motion to consolidate and to the filing of a single consolidated complaint.

Dated:  07.28.23                     /s/ Benjamin F. Johns w/permission
                                     Benjamin F. Johns
                                     Attorney for Plaintiff

Dated:  07.28.23                     /s/ Scott L. Mandel
                                     Scott L. Mandel (P33453)
                                     Attorney for Defendant

**ORDER**

This Court having read and reviewed the stipulation of the parties and being otherwise filly informed in the premises;

IT IS HEREBY ORDERED that Defendant Lansing Community College need not file an answer or first responsive pleading to the Complaint/Amended Complaint served upon it in this matter for the reason that Plaintiff has a pending motion to consolidate this case with *Ana Whitby v Lansing Community College*, Case No. 1:23-cv-00738; *Ayden Heinig, et al. v Lansing Community College*, Case No. 1-23-cv-00742; and *Sameer Shah v Lansing Community College,* Case No. 1:23-cv-00743, and to file a single amended single complaint in those consolidated cases.

Dated: _____            _____
                                 Honorable Paul L. Maloney

99999:SMANDEL:7290952-1